UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
COLDWELL BANKER REAL ESTATE CORP.,
                    Plaintiff,
            - against -                           05 Civ. 7282 (DAB)
                                                  ORDER
FULL SERVICE REALTY, LLC, f/k/a
COLDWELL BANKER FULL SERVICE REALTY,
ERNEST GORRITI, EMILIO GORRITI, and
JOHN ASTURIZAGA
                    Defendants.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

   On March 13, 2007, the Court issued an Order telling Defendants to submit copies of any documentary proof to support their allegations of lack of subject matter jurisdiction. In that Order, the Court also directed Corporate Defendant Full Service Realty f/k/a Coldwell Banker Full Service Realty ("Corporate Defendant") to retain counsel. Subsequently, all three Individual Defendants filed Notices of Appearance pro se. It appears that Defendant Ernest Gorriti, despite the clear direction of the Court to the contrary, is attempting to represent the Corporate Defendant as well. This cannot be. The Corporate Defendant has until May 14, 2007 to have an attorney file a Notice of Appearance on its behalf. Should the Corporate Defendant fail to do so within the allotted time period, Plaintiff may move accordingly.

   The Court notes that the "evidence" submitted by Defendant Ernest Gorriti in support of his allegations of lack of subject

matter jurisdiction are totally worthless.  The Court reminds Defendant Ernest Gorriti, along with the other Individual Defendants, that he too has until May 14, 2007 to have an attorney file a Notice of Appearance on his behalf.

SO ORDERED.

Dated:     New York, New York
           April 12, 2007

Deborah A. Batts
United States District Judge