UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

COLDWELL BANKER REAL ESTATE
CORPORATION,

                  Plaintiff,

      - against -

FULL SERVICE REALTY LLC f/k/a
COLDWELL BANKER FULL SERVICE
REALTY, ERNEST GORRITI, EMILIO
GORRITI and JOHN ASTURIZAGA,

                  Defendants.

------------------------------------------------------------x

05 / 06 CV 7282 (DAB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, each of whom has appeared by counsel, and none of whom is an infant or incompetent person for whom a committee has been appointed, hereby stipulate to the dismissal of this action, including all claims and counterclaims filed herein, with prejudice.

Dated:

    August 11, 2008
    New York, New York

GORDON & REES, LLP

By _____
Ronald Andrew Giller (RG 7415)
Attorneys for Plaintiff
90 Broad Street, 23rd Floor
New York, New York 10004
212.269.5500

Law Offices of Stanley N. Futterman

By _____
Stanley N. Futterman (SF 2395)
Attorney for Defendants
153 E. 87th Street
New York, New York 10128
646.682.7041